**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  10-cv-02052-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  January 6, 2011 | Courtroom Deputy:  Linda Kahoe |

MARTIN W. WILLIAMS,                                                *Pro se (via phone)*

    Plaintiff,

v.

KEVIN MILYARD, *et al.,*                                              Christopher Wayne Alber

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:        10:01 a.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se via phone.*

Discussion regarding Defendants Motion to Dismiss, doc #[19], filed 11/22/2010, and Defendants' Motion to Stay Discovery, doc #[20], filed 11/22/2010.

Mr. Williams states no objection to the Motion to Stay Discovery.

**ORDERED**:   Defendants' Motion to Stay Discovery, doc #[20], is **GRANTED**.  All Discovery is **STAYED** pending a ruling on the Motion to Dismiss, doc #[19].

Mr. Alber states he will not file a Reply to the Response to the Motion to Dismiss, doc #[24].

**ORDERED**:   Oral arguments will be heard on the Motion to Dismiss, doc #[19], at 10:30 a.m. on Friday, **JANUARY 21, 2011.**  Mr. Williams or his case manager shall make arrangements to call chambers at 303.844.2117 at the scheduled time.

Discussion regarding service on Defendant Watts.  Mr. Williams requests that Mr. Watts be served by a U.S. Marshal.  The court will issue an Order.

HEARING CONCLUDED.
**Court in recess:        10:12 a.m.**
Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.